# EXHIBIT A

宁波市鄞州宏源对外贸易有限公司

NINGBO YINZHOU HONGYUAN FOREIGN TRADE CO.,LTD.

NO.257 EAST HUIFENG ROAD,YINZHOU DISTRICT,NINGBO,CHINA

成 交 确 认 书

## SALES CONFIRMATION

S/C No.: 20150410A          Date: 20150410

买方 The Buyer:                         卖方 The seller:

Egg by Susan Lazar                      NINGBO YINZHOU HONGYUAN FOREIGN TRADE CO.,LTD

104 Franklin Street                     NO.257 EAST HUIFENG ROAD,

New York, NY 10013 USA                  YINZHOU DISTRICT,NINGBO,CHINA

双方同意按下列条款达成交易：

Hereby the Buyer agree to buy and the Seller agree to sell the commodities on the terms and conditions stipulated below:

| 1) 货号 Article No | (2) 品名 Description | (3) 数量 Quantity | (4) 单价 Unit Price | (5) 金额 Amount |
|---|---|---|---|---|
| Fall 2015 group | Baby's garments | 40191PCS | 11.30USD/PC | USD454416.08 |
| **TOTAL:** | | 40191PCS | | USD454416.08 |

(6) 数量及总值均可有 5 % 的增减

Less than 800pcs per colorway qty tolerance of +/-50 pieces and if the qty more than 800pcs per colorway qty tolerance of +/-5% both in amount and quantity allowed.

(7) 总值和价格条件 Total Value & Terms: Total Amount FOB Ningbo: USD454416.08

(8) 质量/交期：买方应在货物发出时或是之前一个合适的时间地点进行验货，如在验货过程当中发现残次品，买方有权拒收这些残次品。如果买方决定接受这些残次品，就不能在收到货物后再提出任何的更换或是赔偿要求。如买方不安排验货，将被视为主动放弃验货权并无条件接受卖方的货物，不得对货物质量在收到后提出质疑。

Quality and delivery time: All goods and services provided herein shall be inspected by the Buyer ON OR BEFORE the shipment date ONLY at a reasonable time and place. Upon inspection, the Purchase may reject defective goods. However, at its discretion, the Buyer may opt to accept such defective goods, and upon such acceptance the Buyer shall forfeit any claim for future return or refund based on such defects. Additionally, if the Buyer does not schedule inspection with Seller prior to shipment date, it shall mean the Buyer has waived its right to exercise inspection and will concede to seller's inspection result and accept the goods AS IS.

(9) 付款条件 Terms of Payment:

20% deposite needs to be paid once the PO issued,10% before shippment,10% before docs released balance around 30days upon receipt.

(10) 装运时间 Time of Shipment: All garments must be ex-factory 1st week of July,2015.

(11) 装运口岸和目的地及费用：买方支付总额1.5%，卖方安排货物运至指定码头。如果生产周期在75-90天内的，双方各承担空运费 50%。

Loading Port and Destination: From China to U.S.A by sea or by air.

Freight: The buyer pays 1.5% of the total amount and the seller will pay all the shipment to the right port whatever is cost. The sellers will split 50/50 if the production takes 75-90days and need air in.

(12) 备注：以上价格不含衣架。

Remark: the above price and amount only include normal packing accessories excluding the hanger and hanging carton.

宁波市鄞州宏源对外贸易有限公司
NINGBO YINZHOU HONGYUAN FOREIGN TRADE CO.,LTD

_____                    _____

买方（The Buyer）                                 卖方(The Seller)