# EXHIBIT B

# PERSONAL GUARANTY

In consideration of Ningbo Yinzhou hongyuan Foreign Trade Co.Ltd (hereinafter referred to as "Vendor") to continue doing business with Joseph Henry LLC, d/b/a egg by susan lazar (hereinafter referred to as "Vendee"):
I, Edward Danien Harrison, residing at 1085 Park Ave NY NY 10128 SS#: 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 do hereby agree to obligate myself personally to pay and be responsible for payments of all balances due Vendor by Vendee(fall 15 production has been shipped out before Aug 15th,2015, quality and delivery time were approved/confirmed by Vendee), total $300,000 for all Fall 15 payment excluding the interest(1.5% per month from October 15th, 2015). Production amount $490,225.52, deduct payment received $180,000 as deposit, and deduct $10225.52 as discussed on Nov 16th,2015. To be paid well in advance March 15th,2016.

I understand that this guarantee is a continuing guarantee and shall remain in full force and effect irrespective of any interruptions in the business relations of the Vendee with Vendor until such time where the amount of prices stipulated in the above-mentioned sales confirmation(20150410A) plus the total sum of the penalty are paid **in full** either by the Vendee or me.

I hereby waive notice of the acceptance of this agreement, notice of default or non-payment and waive action required by any stature, against the Vendee. No delay on Vendor's part in exercising any right hereunder, or taking any action to collect or enforce payment of any obligations hereby guaranteed, either as against the Vendee or any other person liable with the Vendee, shall operate as a waiver of any such right or in any manner prejudice the Vendor's rights against me. I agree that in the event of any default at any time by the Vendee, the Vendor shall be entitled to look to me immediately for full payment without prior demand or notice no sooner than March 15th,2016.

Vendor shall have the right to assign the right to claim to a third party beneficiary, and the party receiving the assignment becomes the secured party of which the original secured party (Vendor) no longer holds a claim.

SIGNED: _____    DATE: Nov 17, 2015
Edward Danien Harrison