

# MATALON ♦ SHWEKY ♦ ELMAN PLLC

ATTORNEYS AT LAW

HOWARD I. ELMAN  
JOSEPH LEE MATALON  
BARBARA R. SHWEKY

YOSEF ROTHSTEIN  
JEREMY C. BATES  
JUDD R. SPRAY

DAVID N. LEVY  
YELENA RAPOPORT

December 1, 2016

<u>By ECF</u>

The Honorable William H. Pauley III, U.S.D.J.  
United States District Court for the Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, New York 10007-1312

Re: <u>Ningbo Yinzhou Hongyuan Foreign Trade Co., Ltd., et al. v. Edward Danien Harrison</u> (No. 1:16-cv-04082 (WHP))

Honorable Judge Pauley:

I represent Defendant Edward Harrison in this action. I write with the consent of Matthew Sava, counsel for Plaintiffs, who has reviewed this letter and approves its contents.

The parties are pleased to report that, on November 28, 2016, Magistrate Judge Pitman successfully mediated a settlement of this action. We placed the settlement terms on the record and are currently working on documenting the final agreement. The parties accordingly request that Your Honor suspend all deadlines in the current Scheduling Order (Docket #18) and issue a conditional order of dismissal, dismissing the action, but giving the parties a 30-day window to restore in the event that the settlement is not consummated.

Respectfully yours,

Howard I. Elman

cc:   Matthew Sava, Esq. (by ECF)

450 Seventh Avenue ♦ 33rd Floor ♦ New York, New York 10123 ♦ PH 212 244-9000 ♦ FAX 212 244-4615