Pauley, W.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NINGBO YINZHOU HONGYUAN FOREIGN TRADE CO. LTD
and SPRINGTEX INTERNATIONAL CO.LTD.,

Case No. 16-cv-04082 (WHP)

Plaintiffs,

**STIPULATION OF DISMISSAL**

-against-

EDWARD DANIEN HARRISON,

Defendant.

-------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned action, by undersigned counsel, hereby stipulate and agree to the dismissal of the action, and all of the claims and defenses in the action, with prejudice. Each party shall bear his or its respective attorneys' fees and costs.

Dated: New York, New York
       December 21, 2016

Matalon Shweky Elman PLLC

By: _____
  Howard I. Elman, Esq.
  helman@mselaw.com
  Judd Spray, Esq.
  jspray@mselaw.com

450 Seventh Avenue, 33rd Fl.
New York, New York 10123
(212) 244-9000
*Attorneys for Defendant
Edward Danien Harrison*

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

Reid & Wise LLC

By: _____
  Matthew Sava, Esq.
  sava@reidwise.com
  Han Liang, Esq.
  hliang@reidwise.com

One Penn Plaza, Suite 2015
New York, New York 10119
(212) 858-9968
*Attorneys for Plaintiffs
Ningbo Yinzhou Hongyuan Foreign
Trade Co. Ltd. and
Springtex International Co. Ltd.*

Dated: December 23, 2016
       New York, New York